1    ALEXANDER G. CALFO (SBN 152891)
     *alexander.calfo@btlaw.com*
2    KELLEY S. OLAH (SBN 245180)
     *kelley.olah@btlaw.com*
3    GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
     *gabrielle.anderson-thompson@btlaw.com*
4    **BARNES & THORNBURG LLP**
     2029 Century Park East, Suite 300
5    Los Angeles, California  90067
     Telephone:     (310) 284-3880
6    Facsimile:     (310) 284-3894

7    Attorneys for Defendants
     JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON
8    (erroneously sued as "Johnson & Johnson, Inc."); DEPUY
     ORTHOPAEDICS, INC.; PINNACLE WEST ORTHOPAEDICS,
9    INC.; and GOLDEN STATE ORTHOPAEDICS, INC.

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13   REBECCA PARTRIDGE,                     Case No.  CV14-03625-EMC

              Plaintiff,                    [~~PROPOSED~~] ORDER RE STIPULATION
14                                          TO STAY ALL PROCEEDINGS AS MODIFIED

15   v.                                     JURY TRIAL DEMAND

16   DEPUY ORTHOPAEDICS, INC.,
     JOHNSON & JOHNSON SERVICES, INC.,
     JOHNSON & JOHNSON, INC., THOMAS
17   SCHMALZRIED, M.D.; PINNACLE WEST
     ORTHOPAEDICS, INC.; GOLDEN STATE
18   ORTHOPAEIDCS, INC.; and DOES ONE
     through ONE HUNDRED
19
              Defendants.
20

21

22   TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

23        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff

     REBECCA PARTRIDGE, and Defendants JOHNSON & JOHNSON SERVICES, INC.,

24   JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY

25   ORTHOPAEDICS, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE

26   ORTHOPAEDICS, INC., and   THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the

27   Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good

     cause shown, it is hereby ORDERED that:
28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

                                            1                        CV14-03625-EMC

1.    The Parties' request for a stay of proceedings is GRANTED;

2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3.    Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

4. A case management conference is scheduled for December 18, 2014, at 9:30 a.m. A case management statement is due December 11, 2014.    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 15        , 2014



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV14-03625-EMC

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS